**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26141-DRC |
| | § | |
| TODD R. BECKER | § | |
| DAWN M. BECKER | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>06/29/2012</u>. The undersigned trustee was appointed on <u>06/29/2012</u>.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $9.45 |
    | Bank service fees | $103.56 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | | |
    | Leaving a balance on hand of[1] | $9,886.99 |

    The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

6. The deadline for filing non-governmental claims in this case was 02/26/2013 and the deadline for filing government claims was 05/28/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.00, for a total compensation of $1,750.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/02/2013                           By:  /s/ David E. Grochocinski
                                                Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

FORM 1

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

## ASSET CASES

Exhibit A

Case No.: 12-26141-DRC
Case Name: BECKER, TODD R. AND BECKER, DAWN M.
For the Period Ending: 7/2/2013

Trustee Name: David E. Grochocinski
Date Filed (f) or Converted (c): 06/29/2012 (f)
§341(a) Meeting Date: 09/12/2012
Claims Bar Date: 02/26/2013

Page No: 1

| Ref. # | 1 — Asset Description (Scheduled and Unscheduled (u) Property) | 2 — Petition/ Unscheduled Value | 3 — Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4 — Property Abandoned OA =§ 554(a) abandon. | 5 — Sales/Funds Received by the Estate | 6 — Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Debtors' Residence Single family residence commonly known as 431 S. Fairview Avenue Elmhurst, IL 60126 | $460,000.00 | $0.00 | | $0.00 | FA |
| 2 | Single family residence commonly known as 271 Eggleston Elmhurst, IL | $250,000.00 | $0.00 | | | FA |
| 3 | Condominium commonly known as 1640 C Carleton Dr. Crystal Lake, IL 60014 | $55,000.00 | $0.00 | | | FA |
| 4 | Condominium commonly known as 1661 B Carleton Dr. Crystal Lake, IL 60014 | $75,000.00 | $0.00 | | | FA |
| 5 | Cash on hand (approximate) | $100.00 | $0.00 | | | FA |
| 6 | Business Checking account -0347 JPMorgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265-9754 | $1,307.45 | $0.00 | | | FA |
| 7 | Checking account -6223 JPMorgan Chase Bank, N.A. Elmhurst, IL Balance is approximate | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account No. -4964 Community Bank of Elmhurst Elmhurst, IL. Balance is approximate | $16,800.00 | $0.00 | | $4,800.00 | FA |
| 9 | Usual and typical household items including 2 sofas, 3 lounge chairs; 1 kitchen table set; 1 china cabinet; 2 television cabinets; 3 bookshelves; 8 lamps; 2 coffee tables; 4 desk sets; 6 televisions; 1 DVD player and 2 VCR players; 2 stereos; 3 beds; 2 nightstands; 30 household tools; 1 lawnmower; 15 outdoor furnishings; 1 hot tub; 1 guitar; several pieces of costume jewelry; 1 computer; 2 cameras; 4 sets of golf clubs; 4 bikes; 1 older elliptical; typical kitchen appliances and washer/dryer. | $2,930.00 | $0.00 | | $0.00 | FA |
| 10 | Usual and typical used clothing | $300.00 | $0.00 | | $0.00 | FA |
| 11 | wedding band and gold necklace | $300.00 | $0.00 | | $0.00 | FA |
| 12 | Wedding ring | $700.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No:   2   Exhibit A

| Case No.: | 12-26141-DRC |
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. |
| For the Period Ending: | 7/2/2013 |

| Trustee Name: | David E. Grochocinski |
| Date Filed (f) or Converted (c): | 06/29/2012 (f) |
| §341(a) Meeting Date: | 09/12/2012 |
| Claims Bar Date: | 02/26/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 | |
|---|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | |
| 13 | golf clubs | $150.00 | $0.00 | | $0.00 | | FA |
| 14 | 2 guitars | $200.00 | $0.00 | | $0.00 | | FA |
| 15 | $1,000,000 term life insurance through Principal | $0.00 | $0.00 | | $0.00 | | FA |
| 16 | $250,000 term life insurance through Principal | $0.00 | $0.00 | | $0.00 | | FA |
| 17 | IRA through Raymond James Financial Account No. -5554 | $186,370.00 | $0.00 | | $0.00 | | FA |
| 18 | IRA through Raymond James Financial Account No. -5554 | $21,444.00 | $0.00 | | $0.00 | | FA |
| 19 | 401(k) through Prospect Mortgage LLC | $10,213.00 | $0.00 | | $0.00 | | FA |
| 20 | Raymond James Financial Account No. -5554 MFS Growth Allocation Fund Class A | $895.91 | $0.00 | | $0.00 | | FA |
| 21 | Accrued disability payment due to Debtor Approximate | $7,800.00 | $0.00 | | $0.00 | | FA |
| 22 | Debt owed to debtor of approx. $4300 related to tenant who did not pay rent. Judgment entered in debtor's favor in approx 2005 in McHenry County. Debt is believed to be uncollectible | $0.00 | $0.00 | | $0.00 | | FA |
| 23 | 2002 Chrysler Town and Country (113,000 miles) | $2,000.00 | $2,000.00 | | $2,000.00 | | FA |
| 24 | 2004 Jeep Grand Cherokee (65,000 miles) | $8,000.00 | $0.00 | | $3,200.00 | | FA |

| TOTALS (Excluding unknown value) | $1,100,910.36 | $2,000.00 | | $10,000.00 | Gross Value of Remaining Assets $0.00 |

Major Activities affecting case closing:
Settlement and compromise of personal property issues.
Final report pending.

| Initial Projected Date Of Final Report (TFR): | | Current Projected Date Of Final Report (TFR): | 06/30/2014 | /s/ DAVID E. GROCHOCINSKI |
| | | | | DAVID E. GROCHOCINSKI |

Page No: 1

Exhibit B

## FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-26141-DRC |
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. |
| Primary Taxpayer ID #: | *******2756 |
| Co-Debtor Taxpayer ID #: | *******2757 |
| For Period Beginning: | 6/29/2012 |
| For Period Ending: | 7/2/2013 |

| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4101 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |


| Transaction Date | Check / Ref. # | Paid to / Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
|---|---|---|---|---|---|---|---|
| 12/12/2012 | | TODD BECKER | SETTLEMENT PER ORDER OF 11/30/12 | * | $10,000.00 | | $10,000.00 |
| | {24} | | | 1129-000 | | | $10,000.00 |
| | {23} | | | 1129-000 | | | $10,000.00 |
| | {8} | | liquidation of checking account | 1129-000 | | | $10,000.00 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.89 | $9,990.11 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.12 | $9,973.99 |
| 02/21/2013 | 3001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $9.45 | $9,964.54 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.53 | $9,950.01 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.05 | $9,933.96 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.51 | $9,918.45 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.03 | $9,901.42 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.43 | $9,886.99 |

Note: In column 4 descriptions there are also amounts $3,200.00, $2,000.00, $4,800.00 shown by rows {24}, {23}, {8}.

|  |  |  |  | TOTALS: | $10,000.00 | $113.01 | $9,886.99 |
|  |  |  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  |  |  | Subtotal | $10,000.00 | $113.01 | |
|  |  |  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  |  |  | Net | $10,000.00 | $113.01 | |

**For the period of 6/29/2012 to 7/2/2013**

| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $113.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/12/2012 to 7/2/2013**

| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |

| Total Compensable Disbursements: | $113.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2

Exhibit B

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 12-26141-DRC |
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. |
| Primary Taxpayer ID #: | ******2756 |
| Co-Debtor Taxpayer ID #: | ******2757 |
| For Period Beginning: | 6/29/2012 |
| For Period Ending: | 7/2/2013 |

| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******4101 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | TOTAL - ALL ACCOUNTS | | | |

| | | | | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|---|
| | | | | $10,000.00 | $113.01 | $9,886.99 |

**For the period of 6/29/2012 to 7/2/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/29/2012 to 7/2/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $113.01 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113.01 |
| Total Internal/Transfer Disbursements: | $0.00 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 12-26141 |
| Todd and Dawn Becker | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | DuPage |
| Debtor(s) | ) | |

## ORDER ON APPLICATION TO SELL PROPERTY OF THE ESTATE

At Wheaton, IL before the Honorable Donald Cassling, US Bankruptcy Judge this 30th Day of November, 2012.

   This matter coming before the court on the application of the trustee to sell certain property of the estate to the debtors pursuant to 11 USC 363(b), notice having been given and the court being advised of the matter.

   IT IS HEREBY ORDERED:

   1) The application is granted.

   2) The trustee is authorized to sell the estate's interest in certain automobiles, deposit accounts and other personal property as disclosed in Schedule B to the extent of the equity amount after deduction of the debtors claimed exemption is such property for the sum of $10,000.00.

   3) To the extent required the trustee is authorized to execute such documents as may be required to effectuate this transaction.

Enter:     _Donald R. Cassling_

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 30, 2012

**Prepared by:**

David E. Grochocinski
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 675-1975, Ext. 2003
Fax:  (708) 675-1786
Email: lawyers@innovalaw.com

Exhibit C

Page No: 1

**CLAIM ANALYSIS REPORT**

Case No.: 12-26141-DRC
Case Name: BECKER, TODD R. AND BECKER, DAWN M.
Claims Bar Date: 02/26/2013

Trustee Name: David E. Grochocinski
Date: 7/2/2013

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI 1900 Ravinia Place Orland Park IL 60462 | 06/09/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 06/09/2013 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $38.20 | | $38.20 | $0.00 | $0.00 | $0.00 | $38.20 |
| | INNOVALAW, PC 1900 Ravinia Palce Orland Park IL 60462 | 06/09/2013 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,890.00 | $1,890.00 | $1,890.00 | $0.00 | $0.00 | $0.00 | $1,890.00 |
| 1 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro NC 27410 | 11/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $12,133.41 | $12,133.41 | $0.00 | $0.00 | $0.00 | $12,133.41 |
| 2 | FIA CARD SERVICES, N.A. 4161 Piedmont Parkway NC4 105 03 14 Greensboro NC 27410 | 11/30/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $19,150.25 | $19,150.25 | $0.00 | $0.00 | $0.00 | $19,150.25 |
| | | | | | | | $34,961.86 | $34,961.86 | $0.00 | $0.00 | $0.00 | $34,961.86 |

CLAIM ANALYSIS REPORT

Page No: 2

Exhibit C

Case No.: 12-26141-DRC
Case Name: BECKER, TODD R. AND BECKER, DAWN M.
Claims Bar Date: 02/26/2013

Trustee Name: David E. Grochocinski
Date: 7/2/2013

CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $38.20 | $38.20 | $0.00 | $0.00 | $0.00 | $38.20 |
| Attorney for Trustee Fees (Trustee Firm) | $1,890.00 | $1,890.00 | $0.00 | $0.00 | $0.00 | $1,890.00 |
| General Unsecured § 726(a)(2) | $31,283.66 | $31,283.66 | $0.00 | $0.00 | $0.00 | $31,283.66 |
| Trustee Compensation | $1,750.00 | $1,750.00 | $0.00 | $0.00 | $0.00 | $1,750.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:        12-26141-DRC
Case Name:     TODD R. BECKER
                      DAWN M. BECKER
Trustee Name:   David E. Grochocinski

Balance on hand:                    $9,886.99

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:         $0.00
Remaining balance:         $9,886.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,890.00 | $0.00 | $1,890.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $38.20 | $0.00 | $38.20 |

Total to be paid for chapter 7 administrative expenses:         $3,678.20
Remaining balance:         $6,208.79

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:         $0.00
Remaining balance:         $6,208.79

In addition to the expenses of administration listed above as may be allowed by the Court,
priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:         $0.00
Remaining balance:         $6,208.79

UST Form 101-7-TFR (5/1/2011)

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,283.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $12,133.41 | $0.00 | $2,408.09 |
| 2 | FIA CARD SERVICES, N.A. | $19,150.25 | $0.00 | $3,800.70 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,208.79 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Todd R. Becker
431 Fairview Avenue
Elmhurst, IL 60126
SSN: xxx–xx–5302 EIN: N.A.

Dawn M. Becker
431 Fairview Avenue
Elmhurst, IL 60126
SSN: xxx–xx–3875 EIN: N.A.

Case No. :  12–26141
Chapter :   7
Judge :    Donald R Cassling

Debtor's Attorney:
Robert N Honig
116 S. York Street, Suite 215
Elmhurst, IL 60126

630 834–1800

Trustee:
David E Grochocinski
InnovaLaw, PC
1900 Ravinia Place
Orland Park, IL 60462

708–675–1975

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above–named debtor(s) on
*June 29, 2012 .*

1. *February 26, 2013* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *May 28, 2013* is fixed as the last day for the filing of claims by governmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the date fixed as the last day for the filing of claims as specified in #1 and #2 above, will not be timely, except as otherwise provided by law.

**Attorneys must file this claim electronically via the CM/ECF system. Non–Attorneys may file in person or by mail at the Clerk of the Bankruptcy Court's address shown at the top of the form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerks office.**

For the Court,

Dated: November 26, 2012

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 12-26141-DRC
Todd R. Becker                                                  Chapter 7
Dawn M. Becker
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1        User: mgonzalez        Page 1 of 2        Date Rcvd: Nov 26, 2012
                           Form ID: ntcfbfc7       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2012.
db/jdb     +Todd R. Becker,   Dawn M. Becker,   431 Fairview Avenue,   Elmhurst, IL 60126-3750
aty        +Innovalaw PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
19095418   +Bank of America,   P.O. Box 982235,   El Paso, TX 79998-2235
19095419   +Bankfinancial,   6415 W. 95th Street,   Chicago Ridge, IL 60415-2630
19214617   +First Midwest Bank,   c/o Jonathan N. Rogers,   Klein, Daday, Aretos & O'Donoghue, LLC,
            2550 W. Golf Rd., Suite 250,   Rolling Meadows, IL 60008-4014
19095425   +Klein, Daday, Aretos & O'Donoghue,   2550 W. Golf Rd.,   Ste 250,
            Rolling Meadows, IL 60008-4014
19143264   ++NATIONSTAR MORTGAGE LLC,   P O BOX 299008,   LEWISVILLE TX 75029-9008
            (address filed with court: Nationstar Mortgage LLC,   Customer Service,   350 Highland Drive,
            Lewisville, TX 75067)
19095427   +Randal Village Condo Assoc,   HSR Property Services LLC,   P.O. Box 65193,
            Phoenix, AZ 85082-5193
19095428   +TCF National Bank,   Customer Service, MC 002-01-P,   101 E. 5th Sreet, Ste 101,
            Saint Paul, MN 55101-1898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19095417   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Nov 27 2012 03:27:43     Aurora Loan Services,
            10350 Park Meadows Dr.,   Lone Tree, CO 80124-6800
19095421    EDI: CHASE.COM Nov 27 2012 02:03:00     Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19095422    EDI: CIAC.COM Nov 27 2012 02:03:00     Citimortgage,   P.O. Box 689196,
            Des Moines, IA 50368-9196
19095423    E-mail/Text: legalcollections@comed.com Nov 27 2012 02:41:44     Com Ed,
            Attn.: Bankruptcy Dept.,   P.O. Box 6111,   Carol Stream, IL 60197-6111
19095424   +E-mail/Text: fmbbankruptcy@firstmidwest.com Nov 27 2012 04:44:35     First Midwest Bank,
            1 Pierce Pl.,   Suite 1500,   Itasca, IL 60143-1254
19095426    E-mail/Text: bankrup@nicor.com Nov 27 2012 02:35:31     Nicor,   P.O. Box 0416,
            Aurora, IL 60568-0001
                                                                              TOTAL: 6


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19095420*  +BankFinancial,   6415 W. 95th St.,   Chicago Ridge, IL 60415-2630
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Nov 28, 2012**            **Signature:** _Joseph Speetjens_

District/off: 0752-1          User: mgonzalez          Page 2 of 2          Date Rcvd: Nov 26, 2012
                             Form ID: ntcftfc7         Total Noticed: 15

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2012 at the address(es) listed below:
          Ariane  Holtschlag   on behalf of Trustee David Grochocinski lawyers@innovalaw.com
          David E Grochocinski   on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
          lawyers@innovalaw.com
          David E Grochocinski   dgrochocinski@innovalaw.com,  deg@trustesolutions.net
          Gloria C  Tsotsos   on behalf of Creditor  BankFinancial, FSB nd-three@il.cslegal.com
          Jonathan N Rogers   on behalf of Creditor  First Midwest Bank jrogers@skdaglaw.com
          Kathleen M. McGuire   on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
          kmmcguirelaw@sbcglobal.net
          Maria  Georgopoulos   on behalf of Creditor  BankFinancial, FSB nd-four@il.cslegal.com
          Patrick J. Williams   on behalf of Creditor  DG Enterprises, LLC pwilliams@eklwilliams.com,
          troman@eklwilliams.com;ddyonkee@eklwilliams.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Robert N Honig   on behalf of Debtor Todd Becker rnhonig@suburbanbankruptcy.com
                                                                         TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 Case |
| TODD R. BECKER | ) | |
| DAWN M. BECKER | ) | Case No. 12 B 26141 |
| | ) | |
| | ) | Hon. Donald R. Cassling |
| Debtors | ) | Bankruptcy Judge |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

NOW COMES DAVID E. GROCHOCINSKI, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,750.00 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,000.00.  Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first 5,000 | $1,250.00 | ($1250.00 max.) |
| 10% of next 45,000 | $500.00 | ($4500.00 max.) |
| 5% of next 950,000 | $0.00 | ($47,500.00 max.) |
| 3% of balance | $0.00 | |

| | |
|---|---|
| TOTAL COMPENSATION ALLOWED | $1,750.00 |
| TOTAL COMPENSATION REQUESTED | $1,750.00 |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00

    The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code.   No payments have previously been made or promised in any capacity in connection with the above case.

Dated:      06/09/2013                          /s/David E. Grochocinski
                                                David E. Grochocinski, Trustee
                                                1900 Ravinia Place
                                                Orland Park, IL 60462

# TIME AND BILLING

Page No:   1

## TIME REPORT

**Case No.:** 12-26141-DRC
**Case Name:** BECKER, TODD R. AND BECKER, DAWN M.
**Start Date:** 6/29/2012
**End Date:** 6/9/2013

| | RATE | TIME SPENT (hours) | TOTAL | BILLABLE TIME (hours) | BILLABLE TOTAL | BILLING STATUS |
|---|---|---|---|---|---|---|
| **Firm Name: David E. Grochocinski, Trustee** | | | | | | |
| **Professional: David E. Grochocinski** | | | | | | |
| | $450.00 | 0.30 | $135.00 | 0.30 | $135.00 | Billable |
| 08/10/2012: Review motion to modify stay by DG Enterprises re: debtor's house | | | | | | |
| | $450.00 | 0.20 | $90.00 | 0.20 | $90.00 | Billable |
| 08/17/2012: Appear in court on motion to modify stay Delay efforts date | | | | | | |
| | $450.00 | 0.30 | $135.00 | 0.30 | $135.00 | Billable |
| 09/03/2012: Review schedules & statement of affairs in advance of 341 meeting. | | | | | | |
| | $450.00 | 0.30 | $135.00 | 0.30 | $135.00 | Billable |
| 09/10/2012: Review motion to modify stay of Bank of America re: resolution | | | | | | |
| | $450.00 | 0.20 | $90.00 | 0.20 | $90.00 | Billable |
| 09/12/2012: Conduct 341 meeting | | | | | | |
| | $450.00 | 0.20 | $90.00 | 0.20 | $90.00 | Billable |
| 09/14/2012: Appear in court on motion to modify stay re: Bank of America. No objections | | | | | | |
| | $450.00 | 0.40 | $180.00 | 0.40 | $180.00 | Billable |
| 10/17/2012: Email attorney re: non-exempt assets, re: purchase from estate or liquidate | | | | | | |
| | $450.00 | 0.60 | $270.00 | 0.60 | $270.00 | Billable |
| 11/01/2012: Telephone conversation with attorney and discussion of non-exempt assets. Propose to pay $7500 - counter at $12,500 - counter at $10,000 | | | | | | |
| | $450.00 | 0.20 | $90.00 | 0.20 | $90.00 | Billable |
| 11/23/2012: File assest notice | | | | | | |
| | $450.00 | 0.50 | $225.00 | 0.50 | $225.00 | Billable |
| 06/07/2013: Review claims and docket | | | | | | |
| | $450.00 | 1.20 | $540.00 | 1.20 | $540.00 | Billable |
| 06/07/2013: Prepare Final Report | | | | | | |
| David E. Grochocinski billable hours = 4.40 hours @ $450.00 totalling $1,980.00 | | | | | | |
| **Project Category Total:** | | 4.40 | | | $1,980.00 | |

David E. Grochocinski billable hours = 4.40 hours totalling $1,980.00

| | | | | | | |
|---|---|---|---|---|---|---|
| **Firm Name David E. Grochocinski, Trustee Total:** | | 4.40 | | | $1,980.00 | |
| **TOTALS:** | | 4.40 | $1,980.00 | 4.40 | $1,980.00 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE  DISTRICT OF**
**DIVISION**

IN RE:                                    CHAPTER 7 CASE

TODD R. BECKER                            CASE NO.  12-26141-DRC
DAWN M. BECKER
                                          JUDGE Donald R. Cassling
            Debtor(s)

## COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION

Name of Applicant: InnovaLaw, P.C.

Authorized to Provide
Professional Services to:  David E. Grochocinski

Date of Order Authorizing Employment:  October 12, 2012

Period for Which
Compensation is sought: October 3, 2012 – May 6, 2013

Amount of Fees sought: $1890.00

Amount of Expense $38.20
Reimbursement sought:

This is an:                 Interim Application _____        Final Application  x

If this is not the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The aggregate amount of fees and expenses paid to the Applicant to date for services rendered and expenses

incurred herein is:        $
Date:                              By:/s/David E. Grochocinski
                                        Applicant

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE  NORTHERN DISTSRICT OF ILLINOIS
EASTERN  DIVISION**

IN RE:

TODD R. BECKER
DAWN M. BECKER

        Debtor(s)

CHAPTER 7 CASE

CASE NO. 12-26141-DRC

JUDGE Donald R. Cassling

## APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION

To: The Honorable Donald R. Cassling , Bankruptcy Judge

InnovaLaw P.C., counsel for the Trustee, pursuant to 11 U.S.C. Section 330 and Federal Rule of Bankruptcy Procedure 2016, submits this Application for compensation and reimbursement of expenses and represents to the Court as follows:

1.    An Order for Relief under Chapter 7 was entered on June 29, 2012.  This Court on October 12, 2012 authorized the employment of Applicant to serve as counsel for the Trustee.  Counsel has received $0.00 in previous awarded compensation and reimbursement of expenses.

2.    Applicant requests $ 1,890.00 in compensation for5.2 hours of service performed for the period October 3, 2012 through May 6, 2013.  A description of the nature of the services rendered by the Applicant is as follows:  Applicant represented the Trustee in general administrative matters of the estate including preparation of motion to employ professionals, order, notice and application regarding property sale, appearances in court regarding same, correspondence, conversations, analysis, and review of documents.  In all Applicant represented the Trustee for approximately 5.2 hours in these areas.

3.    Attached as Exhibit "A" is an itemized statement of the legal services rendered.  The statement reflects the legal services rendered, the person who performed those services and a description of the work performed.

4.    The time expected and services rendered by Applicant is summarized as follows:

| Attorney | Hours | Hourly Rate | | Total |
|----------|-------|-------------|---|-------|
| DEG | 4.0 | $ | 450 | $ | 1800.00 |
| Paralegal | | | | |
| GC | 1.2 | | 75 | | 90.00 |
| | | GRAND TOTAL: | | $ | 1890.00 |

5.     Based on the nature, extent and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

6.     At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

WHEREFORE, Applicant requests that it be awarded reasonable compensation of  $1,928.20 and reimbursement of actual and necessary expenses of $38.20 for legal services rendered in this case.


Dated:    June 9, 2013                                    RESPECTFULLY SUBMITTED,


                                               By: /s/David E. Grochocinski
                                                   DAVID GROCHOCINSKI, TRUSTEE
                                                   1900 RAVINIA PLACE
                                                   ORLAND PARK, IL 60462
                                                   Telephone Number:  (708)-675-1975

## InnovaLaw, PC - Client Summary

Starting : 01/01/2011 | Ending : 06/09/2013 | Client : DEG/TEE | Case : 12B 054-Todd R. & Dawn M. Becker | User : All Users | Account Manager : All | Client Type : All | Case Type : All Case Types | Activity Type : All Activity Types | Expense Type : All | Billable : All | Billing Status : All

| Date | Case | Description | Rate/ Unit Price | Labor Time/ Quantity | Billable Time/ Cost Price | Bill Amt/ Sell Price |
|---|---|---|---|---|---|---|
| **DEG/TEE** | | | | | | |
| **David Grochocinski** | | | | | | |
| 10/12/2012 | Todd R. & Dawn M. Becker | Appear on motion to employ attorneys | $450.00 hr | 0.30 | 0.30 | $135.00 |
| 11/04/2012 | Todd R. & Dawn M. Becker | Review documents from attorney re: non-exempt assets | $450.00 hr | 0.30 | 0.30 | $135.00 |
| 11/04/2012 | Todd R. & Dawn M. Becker | Prepare order, notice, and application re: sale of non-exempt assets of debtors | $450.00 hr | 1.80 | 1.80 | $810.00 |
| 11/30/2012 | Todd R. & Dawn M. Becker | Appear in court on motion and entry of the order | $450.00 hr | 0.30 | 0.30 | $135.00 |
| 02/10/2013 | Todd R. & Dawn M. Becker | Review motion to modify stay to compel abandonment re: property in Crystal Lake. Review same with debtor's attorney. | $450.00 hr | 0.80 | 0.80 | $360.00 |
| 05/06/2013 | Todd R. & Dawn M. Becker | Review Form I and analysis of court file and assets yet to be liquidated | $450.00 hr | 0.50 | 0.50 | $225.00 |
| | | **Total Labor For David Grochocinski** | | **4.00** | **4.00** | **$1,800.00** |
| | | **Total Expense For David Grochocinski** | | | **$0.00** | **$0.00** |
| | | **Total For David Grochocinski** | | | | **$1,800.00** |
| **Gricel Gonzalez** | | | | | | |
| 10/03/2012 | Todd R. & Dawn M. Becker | Prepared motion to employ attorneys | $75.00 hr | 1.20 | 1.20 | $90.00 |
| | | **Total Labor For Gricel Gonzalez** | | **1.20** | **1.20** | **$90.00** |
| | | **Total Expense For Gricel Gonzalez** | | | **$0.00** | **$0.00** |
| | | **Total For Gricel Gonzalez** | | | | **$90.00** |
| | | **Total Labor For DEG/TEE** | | **5.20** | **5.20** | **$1,890.00** |
| | | **Total Expense For DEG/TEE** | | | **$0.00** | **$0.00** |
| | | **Total For DEG/TEE** | | | | **$1,890.00** |
| | | **Grand Total Labor** | | **5.20** | **5.20** | **$1,890.00** |
| | | **Grand Total Expenses** | | | **$0.00** | **$0.00** |
| | | **Grand Total** | | | | **$1,890.00** |

## InnovaLaw, PC - Expense Entry Report

Starting : 01/01/2011 | Ending : 06/09/2013 | Client : DEG/TEE | Case : 12B 054-Todd R. & Dawn M. Becker | User : All Users | Account
Manager : All | Exclude from Invoice : All | Paid Status : All

| Date | Client | Case | User | Description | Status | Cost | Bill Price |
|------|--------|------|------|-------------|--------|------|-----------|
| **Printing/Copying** | | | | | | | |
| 10/03/2012 | DEG/TEE | Todd R. & Dawn M. Becker | David Grochocinski | Motion to Employ Attorneys 8 x .10 | Ready For Billing | $0.80 | $0.80 |
| 11/08/2012 | DEG/TEE | Todd R. & Dawn M. Becker | David Grochocinski | Motion to Sell 21 x 11 = 231 copies 231 x .10 | Ready For Billing | $23.10 | $23.10 |
| | | | | Totals For Expense Type Printing/Copying: | | **$23.90** | **$23.90** |
| **Mailing/Postage** | | | | | | | |
| 10/03/2012 | DEG/TEE | Todd R. & Dawn M. Becker | David Grochocinski | Motion to Employ Attorneys 1 x .65 | Ready For Billing | $0.65 | $0.65 |
| 11/08/2012 | DEG/TEE | Todd R. & Dawn M. Becker | David Grochocinski | Motion to Sell 21 x .65 | Ready For Billing | $13.65 | $13.65 |
| | | | | Totals For Expense Type Mailing/Postage: | | **$14.30** | **$14.30** |
| | | | | **Grand Totals** | | **$38.20** | **$38.20** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  12-26141 |
| Todd R. Becker and Dawn M. Becker | ) | |
| | ) | |
| | ) | Chapter:  7 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING TRUSTEE TO RETAIN ATTORNEYS

THIS CAUSE coming on to be heard on the application of David E. Grochocinski, Trustee, to employ attorneys, due notice having been given and the Court being advised in the premises;

IT IS HEREBY ORDERED that the Trustee is authorized to employ David E. Grochocinski, Kathleen McGuire, Ariane Holtschlag, and InnovaLaw, P. C. as his attorneys in this case, effective September 17, 2012, with compensation for said attorneys to be determined by the Court upon further application.

Enter:     *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  October 12, 2012

**Prepared by:**

David E. Grochocinski, Ext. 2001
Ariane Holtschlag, Ext. 2003
Kathleen McGuire, Ext. 2004
InnovaLaw, P. C.
1900 Ravinia Place
Orland Park IL  60462
Phone: (708) 675-1975
Fax:  (708) 675-1786
Email: lawyers@innovalaw.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26141-DRC |
| | § | |
| TODD R. BECKER | § | |
| DAWN M. BECKER | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on __/__/____, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/02/2013               By:   /s/ David E. Grochocinski
                                                (Trustee)


David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                          §      Case No. 12-26141-DRC
                                §
TODD R. BECKER                  §
DAWN M. BECKER                  §
                                §
            Debtor(s)           §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*          $10,000.00
*and approved disbursements of*               $113.01
*leaving a balance on hand of[1]:*            $9,886.99

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:       $0.00
Remaining balance:                           $9,886.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,890.00 | $0.00 | $1,890.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $38.20 | $0.00 | $38.20 |

Total to be paid for chapter 7 administrative expenses:     $3,678.20
Remaining balance:                                          $6,208.79

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:                                            $6,208.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.
UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,208.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,283.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $12,133.41 | $0.00 | $2,408.09 |
| 2 | FIA CARD SERVICES, N.A. | $19,150.25 | $0.00 | $3,800.70 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $6,208.79 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David E. Grochocinski
                         Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| **TODD R. BECKER** | ) | |
| **DAWN M. BECKER** | ) | **Case No. 12 B 26141** |
| | ) | |
| | ) | **Hon. Donald R. Cassling** |
| Debtors | ) | **Bankruptcy Judge** |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|--:|
| 1. | Trustee's compensation | $1,750.00 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,750.00 |
| 3. | Chapter 11 Trustee's compensation | $0.00 |
| 4. | Chapter 11 Trustee's expenses | $0.00 |
| | TOTAL | $0.00 |

IT IS FUTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|--:|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $1,890.00 |
| | b. Expenses | $38.20 |

|  | | |
|---|---|---|
| c. Chapter 11 Compensation | | $0.00 |
| d. Chapter 11 Expenses | | $0.00 |
| 2. | Accountant for the Trustee<br>a. Compensation | $0.00 |
| | b. Expenses | $0.00 |
| | c. Chapter 11 Compensation | $0.00 |
| | d. Chapter 11 Expenses | $0.00 |
| 3. | Other Professionals | |
| | TOTAL | $1,928.20 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 2nd day of July, 2013

ENTERED:

_____

DONALD R. CASSLING
UNITED STATES BANKRUPTCY JUDGE