**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26141-DRC |
| | § | |
| TODD R. BECKER | § | |
| DAWN M. BECKER | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 8/23/2013 at 9:30 A.M., in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/12/2013                    By:   /s/ David E. Grochocinski
                                                      (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-26141-DRC |
|---|---|---|
| | § | |
| TODD R. BECKER | § | |
| DAWN M. BECKER | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $10,000.00
*and approved disbursements of* $113.01
*leaving a balance on hand of[1]:* $9,886.99

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $9,886.99

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $1,750.00 | $0.00 | $1,750.00 |
| InnovaLaw, PC, Attorney for Trustee Fees | $1,890.00 | $0.00 | $1,890.00 |
| InnovaLaw, PC, Attorney for Trustee Expenses | $38.20 | $0.00 | $38.20 |

Total to be paid for chapter 7 administrative expenses: $3,678.20
Remaining balance: $6,208.79

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,208.79

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $6,208.79 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $31,283.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | FIA CARD SERVICES, N.A. | $12,133.41 | $0.00 | $2,408.09 |
| 2 | FIA CARD SERVICES, N.A. | $19,150.25 | $0.00 | $3,800.70 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $6,208.79 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60462

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                          Case No. 12-26141-DRC
Todd R. Becker                                                  Chapter 7
Dawn M. Becker
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: vrowe                 Page 1 of 2                  Date Rcvd: Jul 15, 2013
                              Form ID: pdf006             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2013.
db/jdb        +Todd R. Becker,   Dawn M. Becker,   431 Fairview Avenue,   Elmhurst, IL 60126-3750
aty           +Innovalaw PC,   1900 Ravinia Place,   Orland Park, IL 60462-3760
19095418     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX 79998)
19095419      +Bankfinancial,   6415 W. 95th Street,   Chicago Ridge, IL 60415-2630
19095421       Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19095422       Citimortgage,   P.O. Box 689196,   Des Moines, IA 50368-9196
19762185       FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19214617      +First Midwest Bank,   c/o Jonathan N. Rogers,   Klein, Daday, Aretos & O'Donoghue, LLC,
               2550 W. Golf Rd., Suite 250,   Rolling Meadows, IL 60008-4014
19095425      +Klein, Daday, Aretos & O'Donoghue,   2550 W. Golf Rd.,   Ste 250,
               Rolling Meadows, IL 60008-4014
19143264     ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage LLC,   Customer Service,   350 Highland Drive,
               Lewisville, TX 75067)
19095427      +Randal Village Condo Assoc,   HSR Property Services LLC,   P.O. Box 65193,
               Phoenix, AZ 85082-5193
19095428      +TCF National Bank,   Customer Service, MC 002-01-P,   101 E. 5th Sreet, Ste 101,
               Saint Paul, MN 55101-1898
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19095417      +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Jul 16 2013 01:01:13     Aurora Loan Services,
               10350 Park Meadows Dr.,   Lone Tree, CO 80124-6800
19095423       E-mail/Text: legalcollections@comed.com Jul 16 2013 01:00:14     Com Ed,
               Attn.: Bankruptcy Dept.,   P.O. Box 6111,   Carol Stream, IL 60197-6111
19095424      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jul 16 2013 01:05:10     First Midwest Bank,
               1 Pierce Pl.,   Suite 1500,   Itasca, IL 60143-1254
19095426       E-mail/Text: bankrup@aglresources.com Jul 16 2013 00:57:42     Nicor,   P.O. Box 0416,
               Aurora, IL 60568-0001
                                                                                              TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19095420*     +BankFinancial,   6415 W. 95th St.,   Chicago Ridge, IL 60415-2630
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2013**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: vrowe                  Page 2 of 2                   Date Rcvd: Jul 15, 2013
                               Form ID: pdf006              Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2013 at the address(es) listed below:
              Ariane  Holtschlag    on behalf of Trustee David E Grochocinski aholtschlag@wfactorlaw.com
              David E Grochocinski     on behalf of Trustee David E Grochocinski lawyers@innovalaw.com,
               lawyers@innovalaw.com
              David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
              Gloria C  Tsotsos    on behalf of Creditor   BankFinancial, FSB nd-two@il.cslegal.com
              Jonathan N Rogers    on behalf of Creditor   First Midwest Bank jrogers@skdaglaw.com
              Kathleen M. McGuire    on behalf of Trustee David E Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Maria  Georgopoulos    on behalf of Creditor   BankFinancial, FSB nd-three@il.cslegal.com
              Patrick J. Williams    on behalf of Creditor   DG Enterprises, LLC pwilliams@eklwilliams.com,
               troman@eklwilliams.com;ddyonkee@eklwilliams.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Honig    on behalf of Debtor Todd R. Becker robert@roberthonig.com
              Robert N Honig    on behalf of Joint Debtor Dawn M. Becker robert@roberthonig.com
                                                                                             TOTAL: 11
```