UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-26141-DRC |
|---|---|---|
| | § | |
| TODD R. BECKER | § | |
| DAWN M. BECKER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | $64,444.00 |
| Total Distributions to Claimants: | $6,208.79 | Claims Discharged Without Payment: | $25,074.87 |
| Total Expenses of Administration: | $3,791.21 | | |

3)   Total gross receipts of $10,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $3,791.21 | $3,791.21 | $3,791.21 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $31,283.66 | $31,283.66 | $6,208.79 |
| **Total Disbursements** | NA | $35,074.87 | $35,074.87 | $10,000.00 |

4). This case was originally filed under chapter 7 on 06/29/2012. The case was pending for 18 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/15/2013        By:   /s/ David E. Grochocinski
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2002 Chrysler Town and Country (113,000 miles) | 1129-000 | $2,000.00 |
| 2004 Jeep Grand Cherokee (65,000 miles) | 1129-000 | $3,200.00 |
| Checking Account No. -4964 Community Bank of Elmnurst Elmhurst, IL Balance is approximate | 1129-000 | $4,800.00 |
| **TOTAL GROSS RECEIPTS** | | $10,000.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $1,750.00 | $1,750.00 | $1,750.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $9.45 | $9.45 | $9.45 |
| Green Bank | 2600-000 | NA | $103.56 | $103.56 | $103.56 |
| InnovaLaw, PC, Attorney for Trustee | 3110-000 | NA | $1,890.00 | $1,890.00 | $1,890.00 |
| InnovaLaw, PC, Attorney for Trustee | 3120-000 | NA | $38.20 | $38.20 | $38.20 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,791.21 | $3,791.21 | $3,791.21 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $12,133.41 | $12,133.41 | $2,408.09 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | FIA CARD SERVICES, N.A. | 7100-000 | NA | $19,150.25 | $19,150.25 | $3,800.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $31,283.66 | $31,283.66 | $6,208.79 |

Case 12-26141 Doc 49 Filed 12/20/13 Entered 12/20/13 10:28:16 Desc Main
Document Page 4 of 10

**UST Form 101-7-TDR (10/1/2010)**

Case 12-26141  Doc 49  Filed 12/20/13  Entered 12/20/13 10:28:16  Desc Main
Document      Page 5 of 10

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 12-26141-DRC | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. | | | Date Filed (f) or Converted (c): | 06/29/2012 (f) |
| For the Period Ending: | 12/15/2013 | | | §341(a) Meeting Date: | 09/12/2012 |
| | | | | Claims Bar Date: | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtors' Residence Single family residence commonly known as 431 S. Fairview Avenue Elmhurst, IL 60126 | $460,000.00 | $0.00 | | $0.00 | FA |
| 2 | Single family residence commonly known as 271 Eggleston Elmhurst, IL | $250,000.00 | $0.00 | | $0.00 | FA |
| 3 | Condominium commonly known as 1640 C Carleton Dr. Crystal Lake, IL 60014 | $55,000.00 | $0.00 | | $0.00 | FA |
| 4 | Condominium commonly known as 1661 B Carleton Dr. Crystal Lake, IL 60014 | $75,000.00 | $0.00 | | $0.00 | FA |
| 5 | Cash on hand (approximate) | $100.00 | $0.00 | | $0.00 | FA |
| 6 | Business Checking account -0347 JPMorgan Chase Bank, N.A. PO Box 659754 San Antonio, TX 78265-9754 | $1,307.45 | $0.00 | | $0.00 | FA |
| 7 | Checking account -6223 JPMorgan Chase Bank, N.A. Elmhurst, IL Balance is approximate | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account No. -4964 Community Bank of Elmnurst Elmhurst, IL Balance is approximate | $16,800.00 | $0.00 | | $4,800.00 | FA |
| 9 | Usual and typical household items including 2 sofas, 3 lounge chairs; 1 kitchen table set; 1 china cabinet; 2 television cabinets; 3 bookshelves; 8 lamps; 2 coffee tables; 4 desk sets; 6 televisions; 1 DVD player and 2 VCR players; 2 stereos; 3 beds; 2 nightstands; 30 household tools; 1 lawnmower; 15 outdoor furnishings; 1 hot tub; 1 guitar; several pieces of costume jewelry; 1 computer; 2 cameras; 4 sets of golf clubs; 4 bikes; 1 older elliptical; typical kitchen appliances and washer/dryer. | $2,930.00 | $0.00 | | $0.00 | FA |
| 10 | Usual and typical used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 11 | wedding band and gold necklace | $300.00 | $0.00 | | $0.00 | FA |
| 12 | Wedding ring | $700.00 | $0.00 | | $0.00 | FA |

Case 12-26141 Doc 49 Filed 12/20/13 Entered 12/20/13 10:28:16 Desc Main
Document Page 6 of 10

FORM 1
Page No: 2    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 12-26141-DRC | Trustee Name: | David E. Grochocinski |
| --- | --- | --- | --- |
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. | Date Filed (f) or Converted (c): | 06/29/2012 (f) |
| For the Period Ending: | 12/15/2013 | §341(a) Meeting Date: | 09/12/2012 |
| | | Claims Bar Date: | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 golf clubs | $150.00 | $0.00 | | $0.00 | FA |
| 14 2 guitars | $200.00 | $0.00 | | $0.00 | FA |
| 15 $1,000,000 term life insurance through Principal | $0.00 | $0.00 | | $0.00 | FA |
| 16 $250,000 term life insurance through Principal | $0.00 | $0.00 | | $0.00 | FA |
| 17 IRA through Raymond James Financial Account No. -5554 | $186,370.00 | $0.00 | | $0.00 | FA |
| 18 IRA through Raymond James Financial Account No. -5554 | $21,444.00 | $0.00 | | $0.00 | FA |
| 19 401(k) through Prospect Morgage LLC | $10,213.00 | $0.00 | | $0.00 | FA |
| 20 Raymond James Financial Account No. -5554 MFS Growth Allocation Fund Class A | $895.91 | $0.00 | | $0.00 | FA |
| 21 Accrued disability payment due to Debtor Approximate | $7,800.00 | $0.00 | | $0.00 | FA |
| 22 Debt owed to debtor of approx $4300 related to tenant who did not pay rent. Judgment entered in debtor's favor in approx 2005 in McHenry County. Debt is believed to be uncollectible | $0.00 | $0.00 | | $0.00 | FA |
| 23 2002 Chrysler Town and Country (113,000 miles) | $2,000.00 | $2,000.00 | | $2,000.00 | FA |
| 24 2004 Jeep Grand Cherokee (65,000 miles) | $8,000.00 | $0.00 | | $3,200.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets**
| | $1,100,910.36 | $2,000.00 | | $10,000.00 | $0.00 |

**Major Activities affecting case closing:**

Settlement and compromise of personal property issues.

Final report pending.

Waiting to file TDR after OK from UST office.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 3     Exhibit 8

| **Case No.:** | 12-26141-DRC | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | BECKER, TODD R. AND BECKER, DAWN M. | **Date Filed (f) or Converted (c):** | 06/29/2012 (f) |
| **For the Period Ending:** | 12/15/2013 | **§341(a) Meeting Date:** | 09/12/2012 |
| | | **Claims Bar Date:** | 02/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**     **Current Projected Date Of Final Report (TFR):** 06/30/2014

/s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26141-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2756 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***2757 | Account Title: | |
| For Period Beginning: | 6/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/12/2012 | | TODD BECKER | SETTLEMENT PER ORDER OF 11/30/12 | * | $10,000.00 | | $10,000.00 |
| | {24} | | $3,200.00 | 1129-000 | | | $10,000.00 |
| | {23} | | $2,000.00 | 1129-000 | | | $10,000.00 |
| | {8} | | liquidation of checking account $4,800.00 | 1129-000 | | | $10,000.00 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $9.89 | $9,990.11 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.12 | $9,973.99 |
| 02/21/2013 | 3001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 | 2300-000 | | $9.45 | $9,964.54 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.53 | $9,950.01 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $16.05 | $9,933.96 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $15.51 | $9,918.45 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $17.03 | $9,901.42 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $14.43 | $9,886.99 |
| 08/23/2013 | 3002 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $1,750.00 | $8,136.99 |
| 08/23/2013 | 3003 | InnovaLaw, PC | Distribution on Claim #: ; | 3110-000 | | $1,890.00 | $6,246.99 |
| 08/23/2013 | 3004 | InnovaLaw, PC | Distribution on Claim #: ; | 3120-000 | | $38.20 | $6,208.79 |
| 08/23/2013 | 3005 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 1; | 7100-000 | | $2,408.09 | $3,800.70 |
| 08/23/2013 | 3006 | FIA CARD SERVICES, N.A. | Distribution on Claim #: 2; | 7100-000 | | $3,800.70 | $0.00 |

           **SUBTOTALS**    $10,000.00    $10,000.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26141-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2756 | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***2757 | Account Title: | |
| For Period Beginning: | 6/29/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  | TOTALS: | $10,000.00 | $10,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | $0.00 | $0.00 | |
|  |  | Subtotal | $10,000.00 | $10,000.00 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | Net | $10,000.00 | $10,000.00 | |

**For the period of 6/29/2012 to 12/15/2013**

| Total Compensable Receipts: | $10,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/12/2012 to 12/15/2013**

| Total Compensable Receipts: | $10,000.00 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26141-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | BECKER, TODD R. AND BECKER, DAWN M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2756 | | Checking Acct #: | ******4101 |
| Co-Debtor Taxpayer ID #: | **-***2757 | | Account Title: | |
| For Period Beginning: | 6/29/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/15/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,000.00 | $10,000.00 | $0.00 |

**For the period of 6/29/2012 to 12/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/29/2012 to 12/15/2013**

| | |
|---|---|
| Total Compensable Receipts: | $10,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |